Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
middle District of Florida
JAX., Division

Kenneth E. Benton
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

-v-

Judge Steve Fahlgren
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:23-cv-788-BJD-LLL
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

FILED 2023 JUL -7 PM 3:10 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kenneth E. Benton
   Street Address: 3960 Old Sunbeam Rd. #1704
   City and County: JAX., DUVAL
   State and Zip Code: Florida 32257
   Telephone Number: 904 852-0059
   E-mail Address: KB4corp@icloud.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

 Name: Judge Steve Fahlgren
 Job or Title *(if known)*: Judge
 Street Address: 501 W. Adams St.
 City and County: Jax, Duval
 State and Zip Code: FL 32202
 Telephone Number: 904 862-0059, 904 255-2000
 E-mail Address *(if known)*: [illegible]

Defendant No. 2

 Name:
 Job or Title *(if known)*:
 Street Address:
 City and County:
 State and Zip Code:
 Telephone Number:
 E-mail Address *(if known)*:

Defendant No. 3

 Name:
 Job or Title *(if known)*:
 Street Address:
 City and County:
 State and Zip Code:
 Telephone Number:
 E-mail Address *(if known)*:

Defendant No. 4

 Name:
 Job or Title *(if known)*:
 Street Address:
 City and County:
 State and Zip Code:
 Telephone Number:
 E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual **Kenneth E. Benton**
   The plaintiff, (name) ~~[scribbled out]~~, is a citizen of the State of (name) **Florida**.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) **Judge Steve Fahlgren**, is a citizen of the State of (name) **Florida**. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
**$5,000,000.00 (Five million Dollars) gross violation of US. Constitution Amendments #'s one, five, six, eight + nine.**

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 7-3-23, at (place) Courtroom 210 Duval county court/Hallway the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent) Judge asked me did I not want to suck the penis of the petitioner he the Judge would not except any words or evidence from, he Allowed his clerks to assist the petitioner with on-scene legal strategy, Advice, counsel, & technical support, providing thumb-drive and stopping court going to record to help Accuser. I Begged for a pause

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain) I'm mentally challenged and take medication but I'm vetted by FBI, DoD, Homeland Security & USCG. I a veteran of an expiditionary mission. I have secret clearance my depression is extremely severe now and my anxiety is in over-load, due to Judge gross negligence & gross misconduct caused me heart pressure issues Also. I'm mentally debilitated because of the abuse of power demonstrated on that day

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The psychological trauma due to fact this is A loan judge whom is Rogue and no Regard for decency and difference of opinion and demonstrated his bias and Abuse of power to me and confirmed a Ridiculous injunction that basically strips Away a large part of my citizenship here in Duval county Florida. I demand this court order defendant to pay $5,000,000.00 U.S. dollars to Kenneth E. Benton so that I can provide Relocation for me and my family immediately, pay for medical insurance that I will need for at least the next three years, Also order defendant to Recuse himself and vacate any and all of his injunctions regarding Kenneth E. Benton, Thank you Kindly

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-7-23

Signature of Plaintiff: *Kenneth E. Benton*
Printed Name of Plaintiff: Kenneth E. Benton

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address